IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00736-CMA-KMT

ARTHUR CLYDE PARGA,

    Plaintiff,

v.

OFFICER BILL DOLAN (Sterling Police Dept.),
OFFICER RICHARD KELSCH (Sterling Police Dept.),
OFFICER LEE (Sterling Police Dept.), and
POLICE CHIEF ROY BREIVIK, (Sterling Police Dept.),

    Defendants.

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

The Scheduling Conference set for January 27, 2009, at 9:15 a.m. is converted to a **Preliminary Scheduling Conference** in Courtroom C-205, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.Colo.LCivR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

It is the responsibility of the Plaintiff to notify all parties who have not entered an appearance of the date and time of the preliminary scheduling conference.

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 7th day of January, 2009.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge