IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-00736-CMA-KMT

ARTHUR CLYDE PARGA,

    Plaintiff,

v.

OFFICER BILL DOLAN (Sterling Police Dept.),
OFFICER RICHARD KELSCH (Sterling Police Dept.),
OFFICER LEE (Sterling Police Dept.), and
POLICE CHIEF ROY BREIVIK, (Sterling Police Dept.),

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's Response to Order to Show Cause (Doc. # 48). The Plaintiff requests that the Court order the Colorado Department of Corrections to make his monthly filing fee payments out of his inmate account. The request is DENIED.

Under the specific language of the Court's Order granting leave to proceed under 28 U.S.C. § 1915 (Doc. # 6), the responsibility for ensuring that monthly filing payments are made, or demonstrating why such a payment cannot be made, remains with the Plaintiff. This is the standard practice of the United States District Court for the District of Colorado in all prisoner cases. Accordingly, the Plaintiff must monitor his own financial resources and work within the applicable rules and regulations existing at the facility where he is incarcerated to ensure that his monthly filing fee obligations are met.

Plaintiff must make the required monthly payments or show cause **each** month why he has no assets and no means by which to make the monthly payment. Under U.S.C. § 1915(b)(2), failure to comply with this requirement may result in dismissal of this action. It is, therefore,

ORDERED that on or before March 15, 2009, Plaintiff shall make the required monthly payments for May 2008 through December 2008 and January and February, 2009, or show cause why he cannot.

If Plaintiff fails to make the required monthly payments or show cause why he cannot, Plaintiff's complaint and this civil action will be dismissed.

DATED: March __4__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge